In the Matter of:

                        Case No. 06-40371

Matthew Fogarty               Chapter 7

                        Honorable Marci B. McIvor

      Debtor(s).

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

      The attached check in the amount of **$130.49** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. Bi-County Horizon Hospital<br>c/o LJ Ross and Associates, Inc.<br>P.O. Box 2317<br>Ann Arbor, MI 48106 | 1 | **$26.84** |
| 2. Life Time Medical Associates, PC<br>1701 South Blvd. E.<br>Suite 250<br>Rochester Hills, MI 48307 | 4 | **$103.65** |
| | **Total:** | **$130.49** |

Dated: June 23, 2011                 /s/ Michael A. Stevenson
                                 Michael A. Stevenson, Trustee
                                 Stevenson & Bullock, P.L.C.
                                 26100 American Drive, Suite 500
                                 Southfield, MI 48034
                                 mstevenson@sbplclaw.com